**ITCO CORPORATION, Appellant,**

v.

**MICHELIN TIRE CORPORATION,
COMMERCIAL DIVISION,
Appellee.**

**and**

**.State of North Carolina, Amicus Curiae.**

**ITCO CORPORATION, Appellee,**

v.

**MICHELIN TIRE CORPORATION,
COMMERCIAL DIVISION,
Appellant.**

**Nos. 82–2177(L), 82–2178.**

United States Court of Appeals,
Fourth Circuit.

Argued April 4, 1984.

Decided Aug. 29, 1984.

Charles Gordon Brown, Chapel Hills, N.C. (Jordan, Brown, Price & Wall, Chapel Hill, N.C., John R. Jordan, Jr., Jordan, Brown, Price & Wall, Samuel W. Johnson, Meadows, Johnson & Spinks, Rocky Mount, N.C., John F. Dienelt, Brownstein, Zeidman & Schomer, Washington, D.C., on brief), for appellants.

J. Brantley Phillips, Jr., Natalma M. McKnew, Greenville, S.C. (Fletcher C. Mann, Leatherwood, Walker, Tood & Mann, Greenville, S.C., Jerry S. Alvis, Young, Moore, Henderson & Alvis, Raleigh, N.C., on brief), for appellee.

Rufus L. Edmisten, Atty. Gen. of N.C., H.A. Cole, Jr., Sp. Deputy Atty. Gen., John R. Corne, Associate Atty. Gen., Raleigh, N.C., on brief, as amicus curiae.

Before RUSSELL, MURNAGHAN and ERVIN, Circuit Judges.

PER CURIAM:

The judgment of the district court is reversed, and this case is remanded for reasons stated in the opinion of the original panel. *ITCO Corp. v. Michelin Tire Corp., Commercial Division*, 722 F.2d 42 (4th Cir.1983). Judge Russell dissents for the reasons stated in his dissent to the panel opinion. 722 F.2d at 53–55.